UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | ORDER |
| VS. | : | |
| MANDY LIN TODD | : | Mag. # 19-2046(JS) |
| | : | |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this   14 TH day of AUGUST , 2019

ORDERED that Federal Public Defender, Maggie Moy, AFPD for the District of New Jersey, is hereby appointed to represent said defendant in this cause until further order of the Court.

_____
JOEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE

cc:  Federal Public Defender